UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ALANA METCALF,

Plaintiff,

v.

STONEMOR PARTNERS L.P.,

Defendant.

Case No. 2:16-cv-05889

FILED
DEC 14 2016
LUCY V. CHIN, Interim Clerk
By ____________ Dep. Clerk

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates to the dismissal of this matter, with prejudice. Each party will bear its own costs.

Dated: December 9, 2016

Respectfully submitted,

/s/ Christi Wallace
CHRISTI WALLACE, ESQUIRE
Kraemer, Manes & Associates, LLC
US Steel Tower
600 Grant Street, Suite 660
Pittsburgh, PA 15219

SO ORDERED:

/s/ Legrome D. Davis

Honorable Legrome D. Davis

12/12/16